

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00151-CV

| | | |
|---|---|---|
| JAMES H. WATSON AND OTHERS SIMILARLY SITUATED, Appellant | § | On Appeal from the 153rd District Court |
| V. | | |
| CITY OF ALLEN, CITY OF AMARILLO, CITY OF ARLINGTON, CITY OF AUSTIN, CITY OF BALCH SPRINGS, CITY OF BALCONES HEIGHTS, CITY OF BASTROP, CITY OF BAYTOWN, CITY OF BEDFORD, CITY OF BURLESON, CITY OF CEDAR HILL, CITY OF CONROE, CITY OF COPPELL, CITY OF CORPUS CHRISTI, CITY OF DALLAS, CITY OF DENTON, CITY OF DUNCANVILLE, CITY OF EL PASO, CITY OF ELGIN, CITY OF FARMERS BRANCH, CITY OF FORT WORTH, CITY OF FRISCO, CITY OF GARLAND, CITY OF GRAND PRAIRIE, CITY OF HALTOM CITY, CITY OF HUMBLE, CITY OF HURST, CITY OF HUTTO, CITY OF IRVING, CITY OF JERSEY VILLAGE, CITY OF KILLEEN, CITY OF LEAGUE CITY, CITY OF LITTLE ELM, CITY OF LONGVIEW, CITY OF MARSHALL, CITY OF MESQUITE, CITY OF NORTH RICHLAND HILLS, CITY OF RICHLAND HILLS, CITY OF | § | of Tarrant County (153-298996-18) |
| | § | September 19, 2019 |

ROANOKE, CITY OF ROUND ROCK,
CITY OF TOMBALL, CITY OF
UNIVERSITY PARK, CITY OF WATAUGA,
AMERICAN TRAFFIC SOLUTIONS, INC.,
AMERICAN TRAFFIC SOLUTIONS, LLC,
XEROX STATE & LOCAL SOLUTIONS
INC., AND THE STATE OF TEXAS,
Appellees                                          §        Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that James H. Watson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell